# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT Chattanooga

Darrius Higgins
_____
_____
**Name of plaintiff (s)**

v.

Tim Dempsey
Lis Lupton Davenport
& Game Code Contestes
**Name of defendant (s)** In General

Case No. 1:25-cv-142 TRM-MJD
(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Attempte to murder, Murder for Hirer, stalking, Assult, Threat to committ bodyly harm, Stealing, Hate Crime, Using finanical Instution to steal money And stealing Inhertiance

2. Plaintiff, Darrius L. Higgins Sr., resides at 230 East 11th Street, Chattanooga
**street address** / **city**

Hamilton Co., TN, 37402, 423-314-1206.
**county** / **state** / **zip code** / **telephone number**

(if more than one plaintiff, provide the same information for each plaintiff below)
Darrius Higgins Jr, Willian Simmon, Keesha Marshall, Troy Rogers, Joe Jenking & Homeless people

1

3. Defendant, __UNKNOWN__ lives at, or its business is located at

__N/A__, __N/A__,
street address · city

__N/A__, __TN__, __37406__.
county · state · zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

I came back to Chattanoog TN 5 years ago. While trying to find a home I was approached by several people saying they owed me money & the names they gave me was Luptons, Davenport, Meifee's Lanes, & ect. They proceed to say the ten riches families owe me money from several funds they stole from my family. They also told me that my grand father was Head Mason. So I started to trust them and we convosation on me being a Manson. They also told me about a game cube, time went on then they started

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. ~~Buy~~ Money, value of 926 toillon dollars, several properties, 16 cars

b. Civil suit

c. prosecute

d. Need protection

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___MAY___ day of ___6___, 20_25_.

___Darrius L. Higgins___

Signature of plaintiff (s)

3